```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ASHFORD, et. al.,                                                    :
                                                                     :
                              Plaintiffs,                            :
                                                                     :    24-cv-2410 (LJL)
          -v-                                                        :
                                                                     :    ORDER
U.S. FOOD SERVICE et al.,                                            :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  An initial conference is scheduled in this matter for September 12, 2024. Dkt. No. 13. On June 26, 2024, Plaintiffs submitted a proposed case management plan. Dkt. No. 12. Some of the dates in that document have since passed and that document does not indicate that the parties met and conferred as they are required to do under Federal Rule of Civil Procedure 26(f).

  The parties are directed to meet and confer and to submit to the court a joint proposed case management plan with new dates by September 11, 2024.

  SO ORDERED.

Dated: September 6, 2024
   New York, New York

                     LEWIS J. LIMAN
                     United States District Judge